CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JAMES BRADLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:12-CR-080 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| vs. | |
| JAMES BRADLEY, | DATE:   October 22, 2015<br>TIME:    9:30 a.m. |
| Defendant. | JUDGE:  Hon. Troy L. Nunley |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Heiko Coppola, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant **JAMES BRADLEY**, that the status conference scheduled for October 22, 2015, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on October 29, 2015, at 9:30 a.m. for further status conference and anticipated change of plea.  The government has presented counsel with a revised plea agreement and will require additional time to review it with Mr. Bradley, who lives in the Bay Area.

   IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the

10/20/15

defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:   October 20, 2015        /S/     Heiko Coppola_____
                                 BENJAMIN B. WAGNER
                                 by HEIKO COPPOLA
                                 Attorney for Plaintiff


                                 /S/     Clemente M. Jiménez_____
                                 CLEMENTE M. JIMÉNEZ
                                 Attorney for James Bradley


### ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for October 22, 2015, at 9:30 a.m., be vacated and the matter continued to October 29, 2015, at 9:30 a.m., for further status conference.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 20th day of October, 2015

_____
Troy L. Nunley
United States District Judge

10/20/15