CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JAMES BRADLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-080 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| vs. | |
| JAMES BRADLEY, | DATE:   October 29, 2015 |
| | TIME:   9:30 a.m. |
| Defendants. | JUDGE:  Hon. Troy L. Nunley |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Heiko Coppola, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant JAMES BRADLEY, that the status conference scheduled for October 29, 2015, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on January 7, 2016, at 9:30 a.m. for further status conference and anticipated change of plea.  After reviewing the revised plea agreement recently presented to the defense, certain issues have arisen which will require resolution prior to proceeding with a change of plea.  The parties will require additional time to address those issues, and defense counsel will need additional time to further confer with Mr. Bradley.

    IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-

10/27/15

4), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:   October 27, 2015      /S/     Heiko Coppola_____
　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　by HEIKO COPPOLA
　　　　　　　　　　　　　　　　Attorney for Plaintiff


　　　　　　　　　　　　　　　　/S/     Clemente M. Jiménez_____
　　　　　　　　　　　　　　　　CLEMENTE M. JIMÉNEZ
　　　　　　　　　　　　　　　　Attorney for James Bradley


### ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for October 29, 2015, at 9:30 a.m., be vacated and the matter continued to January 7, 2016, at 9:30 a.m., for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 27th day of October, 2015

_____
Troy L. Nunley
United States District Judge

10/27/15