CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JAMES BRADLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES BRADLEY,<br><br>Defendants. | Case No.: 2:12-cr-0080 TLN<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   January 7, 2016<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Heiko Coppola, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant JAMES BRADLEY, that the status conference scheduled for January 7, 2016, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on February 4, 2016, at 9:30 a.m. for further status conference and anticipated change of plea.  Previously identified issues contained within the revised plea agreement require additional time to address.  Further, defense counsel requires additional time to confer with Mr. Bradley to finalize terms of settlement. IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in

01/05/16

granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:   January 5, 2016           /S/   Heiko Coppola_____
                                    BENJAMIN B. WAGNER
                                    by HEIKO COPPOLA
                                    Attorney for Plaintiff


                                   /S/   Clemente M. Jiménez_____
                                    CLEMENTE M. JIMÉNEZ
                                    Attorney for James Bradley

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for January 7, 2016, at 9:30 a.m., be vacated and the matter continued to February 4, 2016, at 9:30 a.m., for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 5th day of January, 2016.

_____
Troy L. Nunley
United States District Judge

01/05/16