CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JAMES BRADLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JAMES BRADLEY,<br><br>    Defendants. | Case No.: 2:12-cr-080 TLN<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  May 12, 2016<br>TIME:  9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

  IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Heiko Coppola, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant JAMES BRADLEY, that the status conference scheduled for May 12, 2016, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on June 30, 2016, at 9:30 a.m. for further status conference and anticipated change of plea. Following receipt of a revised plea agreement, additional issues have arisen that require resolution prior to proceeding with resolution.  The parties require additional time to resolve said matters and expect to set trial dates at the next court date if the matter does not resolve. IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing

05/10/16

the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:   May 10, 2016          /S/     Heiko Coppola_____
                               BENJAMIN B. WAGNER
                               by HEIKO COPPOLA
                               Attorney for Plaintiff


                               /S/     Clemente M. Jiménez_____
                               CLEMENTE M. JIMÉNEZ
                               Attorney for James Bradley


## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for May 12, 2016, at 9:30 a.m., be vacated and the matter continued to June 30, 2016, at 9:30 a.m., for further status conference and change of plea.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 10th day of May, 2016.

_____
Troy L. Nunley
United States District Judge

05/10/16